

Law School Admission Council
662 Penn Street, Box 8512, Newtown, PA 18940-8512
P: 215.968.1001 • F: 215.504.1420

ACCOMMODATED TESTING

September 9, 2013

Adelyn Bargeron
161 Rivoli Ridge Drive
Macon, GA 31210

Dear Ms. Bargeron:

The Law School Admission Council (LSAC) has reviewed your request for accommodations on the October 2013 Law School Admission Test (LSAT). It is our obligation under the Americans with Disabilities Act, as amended (ADAAA) to determine if you are eligible for accommodations in taking the LSAT and if so whether the accommodations requested are warranted.

There was insufficient evidence of deficits in learning that warrant the provision of extended time on the LSAT. Your performance on academic measures, including the SAT without accommodations, was not impaired. In fact your score on the Critical Reading section of both the May and June 2008 SAT was a 560 at the 71st percentile. These scores were commensurate with your Full Scale IQ of 101 at the 53rd percentile and your Verbal Comprehension Index (VCI) of 110 at the 75th percentile on the Wechsler Adult Intelligence Scale IV (WAIS IV). While processing speed was noted to be an area of relative weakness in your cognitive profile, there is not enough evidence to substantiate that you experience functional limitations in learning in these areas due to processing speed delays, inasmuch as your scores on the measures of academic achievement, both timed and untimed, were generally within expectancy for your cognitive ability. On the Woodcock Johnson III Tests of Achievement the Broad Reading standard score was a 104 at the 62nd percentile and the Passage Comprehension standard score was a 118 at the 88th percentile. Similarly, on the Gray Silent Reading Test the Silent Reading Quotient was a 117 at the 87th percentile. In addition, the standard score on the timed Writing Composition subtest of the SATA was at the 84th percentile.

We are not able to grant your request since the documentation provided does not demonstrate that your disorder substantially limits a major life activity which affects your ability to take the LSAT. You remain registered to test under standard conditions.

Our decision was based on the documentation provided and we are not seeking additional information. While LSAC's policies allow you to seek reconsideration of this decision the receipt deadline for the LSAT has passed. If you choose to pursue your request for a future administration of the LSAT, your request for reconsideration must state the specific reasons and grounds for seeking a change in LSAC's decision and must be received by the deadline associated with your future registration.

Sincerely,
Accommodated Testing

Direct Inquiries to:

Phone:( 215) 968-1001
E-mail: accom@LSAC.org
Fax:(2 15) 504-1420

EXHIBIT
B