IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ADELYN M. BARGERON, : | |
| : | CIVIL ACTION |
| Plaintiff, : | NO. 5:13-CV-425 (MTT) |
| : | |
| VS. : | |
| : | |
| LAW SCHOOL ADMISSION : | |
| COUNCIL, INC., : | |
| : | |
| Defendant. : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), plaintiff Adelyn M. Bargeron and defendant Law School Admission Council, by and through counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and expenses, including attorneys' fees.

This 7th day of January, 2014.

/s/ Thomas F. Richardson
Georgia State Bar No. 604325

CHAMBLESS, HIGDON, RICHARDSON, KATZ, & GRIGGS, LLP
3920 Arkwright Road, Suite 405
PO Box 18086
Macon, GA 31209-8086

*Attorneys for Adelyn M. Bargeron*


/s/ G. Grant Greenwood
Georgia State Bar No. 309166

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive
P.O. Box 4283
Macon, Georgia 31208-4283

*Attorneys for Law School Admission Council, Inc.*

1